699 A.2d 1223

IN THE MATTER OF MARTIN C.X. DOLAN,
AN ATTORNEY AT LAW.

Decided September 17, 1997.

## ORDER

The Disciplinary Review Board on May 23, 1997 having filed with the Court its decision concluding that **MARTIN C.X. DOLAN** of **JERSEY CITY**, who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 1.4(a) (failure to communicate);

And the Disciplinary Review Board having further concluded that respondent should be required to continue to practice law under supervision until further Order of the Court and required to complete eight hours of courses in professional responsibility;

And good cause appearing;

It is ORDERED that **MARTIN C.X. DOLAN** is hereby reprimanded; and it is further

ORDERED that respondent shall continue to practice law only under the supervision of a practicing attorney approved by the Office of Attorney Ethics until further Order of the Court; and it is further

ORDERED that within nine months after becoming eligible to practice by satisfying his outstanding obligation to the New Jersey Lawyers Fund for Client Protection respondent shall demonstrate successful completion of eight hours of professional responsibility courses offered by the Institute for Continuing Legal Education; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.